June 21, 2012
Ayers vs Sheetz
Case # 3:11-cv-00434
Judge: Chambers



Personal letter to Judge Chambers
Re: Motion to Obtain Expert Witness

Your Honor:

I was given an opinion on May 24th, 2012, by a lawyer other than Mr. Hoosier that it is "malpractice" in the law world *not* to obtain an expert witness in a blasting damage case such as mine, that you cannot win a case without an expert witness. In my discussions with Mr. Hoosier about whether to get an expert witness or not, he told me I might be able to win without one. He never told me I could not win this case without an expert witness. If having an expert witness is a "life or death" matter for a case, I feel I should not have been told it was possible to win without one.

I was not the one that filed the motion to extend the deadline to obtain an expert witness three weeks after the deadline passed, though my name is on that motion.

I humbly submit to you I am the victim of bad legal advice and bad representation (please reference again my letter to you of June 18, 2012). Mr. Hoosier's lack of procuring an expert witness has now left me with the inability to obtain another attorney, as Mr. Proctor states he will not take this case unless he can be allowed to "try this case properly" by obtaining an expert witness.

Considering the above things, I humbly implore you to please reconsider allowing an expert witness to be obtained in this case.

Warm regards,

Betty Jane Ayers