IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

DEC 6 2012

BETTY JANE AYERS,

    Plaintiff,

v.

                                Civil Action No. 3:11-0434

SHEETZ, INC.

    Defendants.

## VERDICT FORM

1. Do you find that the plaintiff Betty Jane Ayers filed the Complaint in this case within two years of when she knew or reasonably should have known that the Defendant Sheetz conducted blasting activities that allegedly damaged her building?

    YES __X__             NO _____

If you answered "NO" then your deliberations are over and the foreperson of the jury should sign and date the verdict form. If you answered "YES" proceed to Question No. 2 below.

2. Do you find that blasting activities of the defendant Sheetz was the proximate cause of any of the alleged damage sustained to the building owned by the plaintiff Betty Jane Ayers?

    YES _____             NO __X__

If you answered "NO" then your deliberations are over and the foreperson of the jury should sign and date the verdict form. If you answered "YES" please apportion damages below.

## **Damages**

| | |
|---|---|
| Damages for repairs to the building | $_____ |
| Annoyance and inconvenience | $_____ |
| **Final Jury Award** | $_____ |

**SO SAY WE ALL** this __6__ day of December 2012